UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| REVERSE NOW VII, LLC,<br><br>        Plaintiff,<br><br>  v.<br><br>OREGON MUTUAL INSURANCE COMPANY,<br><br>        Defendant. | C16-209 TSZ<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1)    The parties' stipulated motion to continue trial date and related deadlines, docket no. 15, is GRANTED as set forth herein.

| **JURY TRIAL DATE (3 days)** | **January 29, 2018** |
|---|---|
| Deadline for filing motion for leave to amend pleadings | June 15, 2017 |
| Disclosure of expert testimony | July 3, 2017 |
| Discovery motions filing deadline | August 24, 2017 |
| Discovery completion deadline | September 29, 2017 |
| Dispositive motions filing deadline | October 19, 2017 |

MINUTE ORDER - 1

| Motions in limine filing deadline | December 26, 2017 |
|---|---|
| Agreed pretrial order due | January 12, 2018 |
| Trial briefs, proposed voir dire questions, and jury instructions due | January 12, 2018 |
| Pretrial conference | January 19, 2018 at 1:30 p.m. |

All other terms and conditions, and all dates and deadlines not inconsistent herewith, contained in the Minute Order Setting Trial Date and Related Dates, docket no. 12, shall remain in full force and effect.

    (2)    The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 28th day of March, 2017.

William M. McCool  
Clerk

s/Karen Dews  
Deputy Clerk

MINUTE ORDER - 2