UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

REVERSE NOW VII, LLC,

    Plaintiff,

v.

OREGON MUTUAL INSURANCE COMPANY,

    Defendant.

C16-209 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1)    The parties' second stipulated motion to continue trial date and related deadlines, docket no. 17, is GRANTED as set forth herein.

| **JURY TRIAL DATE (3 days)** | **May 29, 2018** |
|---|---|
| Deadline for filing motion for leave to amend pleadings | September 7, 2017 |
| Disclosure of expert testimony | October 27, 2017 |
| Discovery motions filing deadline | November 30, 2017 |
| Discovery completion deadline | January 26, 2018 |
| Dispositive motions filing deadline | February 8, 2018 |

MINUTE ORDER - 1

| Motions in limine filing deadline | April 26, 2018 |
|---|---|
| Agreed pretrial order due | May 11, 2018 |
| Trial briefs, proposed voir dire questions, and jury instructions due | May 11, 2018 |
| Pretrial conference | May 18, 2018 at 1:30 p.m. |

All other terms and conditions, and all dates and deadlines not inconsistent herewith, contained in the Minute Order Setting Trial Date and Related Dates, docket no. 12, shall remain in full force and effect.

    (2)    The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 19th day of June, 2017.

William M. McCool
Clerk

s/Karen Dews
Deputy Clerk

MINUTE ORDER - 2