| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>WESTERN DISTRICT OF WASHINGTON<br>AT SEATTLE | |
| REVERSE NOW VII, LLC,<br><br>                Plaintiff,<br><br>   v.<br><br>OREGON MUTUAL INSURANCE COMPANY,<br><br>                Defendant. | CASE NO. C16-209-MJP<br><br>ORDER GRANTING MOTION FOR EXTENSION OF TIME FOR EXPERT WITNESS DISCLOSURE |

THIS MATTER comes before the Court on Plaintiff's Motion for Extension of Time for Expert Witness Disclosures. (Dkt. No. 47.) Having reviewed the Motion and the Response (Dkt. No. 52), the Court ORDERS as follows: The Court hereby extends the deadline for expert witness disclosures and reports to Monday, April 16, 2018, and extends the deadline for filing of discovery motions to Friday, April 27, 2018. The Court provides no comment as to the adequacy of Plaintiff's expert disclosures to date.

The clerk is ordered to provide copies of this order to all counsel.

Dated March 27, 2018.

_Marsha J. Pechman_
Marsha J. Pechman
United States District Judge