UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| REVERSE NOW VII, LLC, | CASE NO. C16-209-MJP |
| Plaintiff, | MINUTE ORDER |
| v. | |
| OREGON MUTUAL INSURANCE COMPANY, | |
| Defendant. | |

The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman, United States District Judge: The Court is in receipt of Plaintiff's Motion for Leave to File Excess Pages in Response to Defendant's Motion for Leave to Amend its Answer (Dkt. No. 59) and its over-length Response (Dkt. No. 60), filed concurrently on April 30, 2018.

The Court hereby DENIES Plaintiff's Motion for Leave to File Excess Pages (Dkt. No. 59) and STRIKES Plaintiff's over-length Response (Dkt. No. 60).[1] Plaintiff is ORDERED to

---

[1] Local Rule 7(f) sets forth the applicable procedure for seeking approval to file an over-length brief, and provides that such motions "are disfavored but may be filed subject to the

file an Amended Response that complies with the page limits set forth in Local Rule 7(e)(2) within one (1) day of the date of this Order. Once Plaintiff has filed its Amended Response, Defendant shall have five (5) days to file its Reply.

The clerk is ordered to provide copies of this order to all counsel.

Filed May 2, 2018.

William M. McCool
Clerk of Court

s/Paula McNabb
Deputy Clerk

---

following . . . [t]he motion shall be filed as soon as possible *but no later than three days before the underlying motion or brief is due . . .*" LCR 7(f) (emphasis added).