Clinton L. Tapper, WSBA # 49718
R. Scott Taylor, OSB No. 74324
Taylor & Tapper
400 E 2nd, Suite 103
Eugene, OR 97401
Ph: 541-485-1511 / fax: 541-246-2424
Scott@taylortapper.com
Clinton@taylortapper.com

**THE HONORABLE MARSHA J. PECHMAN**

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| REVERSE NOW VII, LLC, <br><br> Plaintiff, <br><br> vs. <br><br> OREGON MUTUAL INSURANCE COMPANY, <br><br> Defendant. | CASE NO.: 2:16-CV-00209-MJP <br><br> ORDER GRANTING UNOPPOSED MOTION TO EXTEND DISCOVERY |

THIS MATTER comes before the Court on Plaintiffs Motion to Extend Discovery. Having reviewed the Motion, the Court Grants the Motion to extend Discovery to May 25, 2018, to allow Mr. Hartman's deposition to take place on May 25, 2018.

Dated: May 15, 2018

_Marsha J. Pechman_
Marsha J. Pechman
United States District Judge