# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| REVERSE NOW VII, LLC,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>OREGON MUTUAL INSURANCE COMPANY,<br><br>　　　　　　Defendant. | CASE NO. C16-209-MJP<br><br>ORDER GRANTING DEFENDANT'S MOTION TO COMPEL |

THIS MATTER comes before the Court on Defendant Oregon Mutual Insurance Company ("Oregon Mutual")'s Motion to Compel. (Dkt. No. 57.) Having reviewed the Motion, the Response (Dkt. No. 67), the Reply (Dkt. No. 74), and all related papers, the Court GRANTS the Motion. The Court declines to hear oral argument on the matter.

Oregon Mutual requests an order compelling Plaintiff to (1) produce all correspondence with Paul Moreland and HMA Loss Consultants, LLC ("HMA") and all documents generated by Mr. Moreland and HMA; and (2) provide a sufficiently detailed privilege log for those documents that it seeks to withhold based on privilege. (Dkt. No. 57 at 1-2.)

1 | Plaintiff retained Mr. Moreland and HMA to serve as its insurance adjuster in its claim against Oregon Mutual, and subsequently, as an expert in this litigation. (Dkt. No. 67 at 6; see also Dkt. No. 49.) Based on Mr. Moreland's designation as an expert, Plaintiff has asserted work product protection and privilege, and has refused to turn over certain documents it claims include Mr. Moreland's opinions, analysis, or investigation. (Dkt. No. 57 at 3; Dkt. No. 67 at 10.)

Because Mr. Moreland serves as both a fact and expert witness, and because there are allegations that he was not licensed as a public adjuster during the pendency of the insurance proceedings in violation of RCW 48.30A.005, the Court ORDERS as follows:

(1) Plaintiff is ORDERED to produce all documents relating to Mr. Moreland/HMA generated up until the date on which Mr. Moreland was retained as an expert;

(2) Plaintiff is ORDERED to provide a detailed privilege log and to submit for the Court's in camera review all documents relating to Mr. Moreland/HMA generated after the date on which Mr. Moreland was retained as an expert, and over which Plaintiff asserts a claim of privilege;

(3) Plaintiff is ORDERED to comply within seven (7) days of the date of this Order.

The clerk is ordered to provide copies of this order to all counsel.

Dated May 17, 2018.

Marsha J. Pechman
United States District Judge