UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| REVERSE NOW VII, LLC, | CASE NO. C16-209-MJP |
| Plaintiff, | MINUTE ORDER |
| v. | |
| OREGON MUTUAL INSURANCE COMPANY, | |
| Defendant. | |

The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman, United States District Judge: The Court has received the Parties' Stipulated Joint Motion to Modify the Trial Length. (Dkt. No. 82.) The Parties are advised that the length of the trial will be set at the pre-trial conference on October 5, 2018.

The clerk is ordered to provide copies of this order to all counsel.

Filed May 30, 2018.

                                              William M. McCool
                                              Clerk of Court

                                              s/Paula McNabb
                                              Deputy Clerk