| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>WESTERN DISTRICT OF WASHINGTON<br>AT SEATTLE | |
| REVERSE NOW VII, LLC,<br><br>                Plaintiff,<br><br>    v.<br><br>OREGON MUTUAL INSURANCE COMPANY,<br><br>                Defendant. | CASE NO. C16-209 MJP<br><br>MINUTE ORDER |

The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman, United States District Judge:

The Court has received and reviewed Defendant's Motion to File Over-length Motions and Briefs. (Dkt. No. 100.)

The motion is DENIED.

MINUTE ORDER - 1

1 | The clerk is ordered to provide copies of this order to all counsel.

2 | Filed September 6, 2018.

William M. McCool
Clerk of Court

s/Paula McNabb
Deputy Clerk
