# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| REVERSE NOW VII, LCC,<br><br>                Plaintiff,<br><br>     v.<br><br>OREGON MUTUAL INSURANCE COMPANY,<br><br>                Defendant. | CASE NO. C16-0209-MJP<br><br>MINUTE ORDER |

The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman, United States District Judge: The Court hereby GRANTS the Stipulated Motion to Withdraw Defendant Oregon Mutual Insurance Company's Pending Motions. (Dkt. No. 128.) All pending motions are terminated. The parties are directed to file a Notice of Settlement within ten (10) days of the date of this Order.

The clerk is ordered to provide copies of this order to all counsel.

Filed December 13, 2018.

William M. McCool
Clerk of Court

s/Paula McNabb
Deputy Clerk